UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL ANTONIO CARTER, | ) | CASE NO. CV 10-581-VBF (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| FRANCISCO J. QUINTANA, | ) | |
| Respondent. | ) | |

For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed with prejudice.

DATED: February 10, 2010.

_Valerie Baker Fairbank_
VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CARTERJudgment.wpd